**E-FILED**
Friday, 04 August, 2006  08:35:36 AM
Clerk, U.S. District Court, ILCD

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FERROGGER WATKINS, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | Case No. 06-1129 |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

## O R D E R

Before the Court is Ferrogger Watkins's Motion to Vacate, Set Aside or Correct Sentence Pursuant to 28 U.S.C. § 2255.  The Court has considered the grounds set forth in the motion and has decided that there could be merit to some of the claims.  Accordingly, the Court orders Respondent to file an answer or responsive pleading within sixty (60) days after service of this Order.

IT IS THEREFORE ORDERED that the Clerk serve a copy of the petition and supporting brief by certified mail upon Respondent.

IT IS FURTHER ORDERED that Petitioner shall serve upon the United States Attorney's office a copy of every further pleading or other document submitted for consideration by the Court.

ENTERED this __2nd__ day of August, 2006.

                                    s/ Joe B. McDade
                                    JOE BILLY McDADE
                              United States District Judge